KAREN CALABRESE-KELLEY,
    Plaintiff

v.

TOWN OF BRAINTREE, BRAINTREE POLICE DEPARTMENT, OFFICER JOHN P. McNAMARA, SERGEANT CHARLES F. BATA, OFFICER DAVID J. CLARK and BRAINTREE POLICE DISPATCHER, JANE DOE,
    Defendants

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendants, Town of Braintree, Braintree Police Department, John P. McNamara, Charles F. Bata, David J. Clark, and Jane Doe (collectively the "Defendants"), pursuant to Federal Rules of Civil Procedure Rule 56, who hereby move this Honorable Court for summary judgment on all claims made against them in the Plaintiff's Complaint ("Complaint"). If the Court so finds that judgment as a matter of law on all claims is improper, the Defendants respectfully request judgment on those claims and parties as the Court sees fit. Defendants submit a memorandum of law herewith.

RESPECTFULLY SUBMITTED,

For the Defendants,
By their attorney,

*/s/ Joseph A. Padolsky*
Joseph A. Padolsky, BBO #679725
**Louison, Costello, Condon & Pfaff, LLP**
101 Summer Street
Boston, MA 02110
(617) 439-0325
jpadolsky@lccplaw.com

Date: August 30, 2018

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for the Defendants conferenced with counsel for the Plaintiff regarding this motion.

Date: September 17, 2018                             /s/ Joseph A. Padolsky
                                                                   Joseph A. Padolsky

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: September 17, 2018                             /s/ Joseph A. Padolsky
                                                                   Joseph A. Padolsky