**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 17-cv-10876-LTS**

KAREN CALABRESE-KELLEY,
    Plaintiff

v.

TOWN OF BRAINTREE, BRAINTREE
POLICE DEPARTMENT, OFFICER JOHN
P. McNAMARA, SERGEANT CHARLES F.
BATA, OFFICER DAVID J. CLARK and
BRAINTREE POLICE DISPATCHER, JANE
DOE,
    Defendants

## *EXHIBIT LIST TO*
## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Exhibit A     Deposition of Karen Calabrese-Kelley

Exhibit B     Excerpt from South Shore Hospital ER Dictation

Exhibit C     Deposition of Charles Bata

Exhibit D     Karen Calabrese-Kelley Booking Paperwork

Exhibit E     *Commonwealth v. Karen Calabrese-Kelley*, Trial Transcript Vol. I

Exhibit F     *Commonwealth v. Karen-Calabrese-Kelley*, Trial Transcript Vol. II

Exhibit G     Deposition of  John McNamara

Exhibit H     Deposition of David Clark

Exhibit I     Police Report of David Clark

RESPECTFULLY SUBMITTED,

For the Defendants,
By their attorney,

/s/*Joseph A. Padolsky*
Joseph A. Padolsky, BBO #679725
**Louison, Costello, Condon & Pfaff, LLP**
101 Summer Street
Boston, MA 02110
(617) 439-0325
jpadolsky@lccplaw.com

Date:  September 17, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date:  September 17, 2018              /s/ *Joseph A. Padolsky*
                                                      Joseph A. Padolsky