# Signed

**SOUTH SHORE HOSPITAL**
55 Fogg Road
South Weymouth, Ma 02190

## EMERGENCY DEPARTMENT DICTATION

**PATIENT:** KAREN KELLEY          **MR #:**
**DOB:**                                            **ACCT#:**

**DICTATING PHYSICIAN:** Campbell, Adam T. PA-C
**PRIMARY CARE PHYSICIAN:** Not Obtainable

INPT/OBSV ADMIT DATE:  INPT DISCHARGE DATE: 02/22/14 OUTPT/ED SERVICE DATE: 02/22/14

------

## History of Present Illness
**General**
**Chief Complaint:** physical Assault
**Stated Complaint:** FALL, ASSAULT PER PT
**Time Seen by MD:** 02:21
**Source:** patient
**Exam Limitations:** no limitations

## History of Present Illness
**Initial Comments**
Is a 46-year-old female, who presents emergency room with complaints of a physical assault by her ex-husband. Patient states that while needing to exchange there children to her ex-husband's care, patient and her ex-husband got into a verbal altercation, patient states that the assailant allegedly pushed her down to the ground and approached her in a threatening manner, patient states that she did have her child's hockey stick as her child plays hockey, all the child's gear was being transferred to the other vehicle, she states she threatened to hit him with a hockey stick if he did not "get away from her". He leisurely continued to approach her at which point she swung at him, she states that she did not strike him. At this point her ex-husband the back to his vehicle, she did call the police, to squad cars came to the scene. After interviewing her and her ex husband, she was put into custody and taken to the police station. Patient states that "she is beside herself", she cannot believe that she was assaulted and she was arrested, she states that has become extremely anxious, she states that her ex-husband has been abusive multiple times before because he is a police officer she states that "he always gets away with it". Patient was brought to the emergency room for evaluation for her injuries sustained from her fall, requesting to speak to a social worker. She notes when she fell she injured her left shoulder, palms of her hands, her left knee which has a superficial abrasion. In addition she also states that she struck the back of her head on the pavement. She notes that the police officer who evaluated her at the scene did not believe her story as her clothes were "not wet" therefore did not believe that she fell. She does not taken any medication prior to arrival for injuries or symptoms. She denies any other injuries.
**Timing/Duration:** 4-6 hours
**Severity:** moderate
**Modifying Factors:** worse with: movement

## Review of Systems
**Review of Systems**

---

**PATIENT:** KAREN KELLEY                          **MR #:**
**DOB:**                                                        **ACCT#:**

