# Braintree Police Dept.
## Custody Report
Printed by: mmoschella

Booking Number: 2014000000159

File Number:

Printed: 02/21/2014 21:36

Printed by: mmoschella

| | | | |
|---|---|---|---|
| **Booking Code:** Arrest | **Custody Type:** On view | |  |
| **Master Name:** CALABRESE-KELLEY, KAREN A | **DOB:** ▆▆▆ | **OBTN:** TBRA140000159 | |
| **Master Card No:** 2014000001026 | | **FBI:** | |
| **File No:** | | **SID:** | |
| **Location of Custody:** 350 GROSSMAN DR, BRAINTREE MA, 02184 | | **PCF:** 002386502 | |
| **Residence Address:** 43 BELLAIRE ROAD, WEST ROXBURY MA, 02132 | | | 2/21/2014  9:34:58PM |
| **Rights By:** Moschella, Michael | **At:** 02/21/2014  21:22 | | |

| | | |
|---|---|---|
| **Booking Date:** 02/21/2014  21:15 | **Arrest Date:** 02/21/2014  21:15 | **Incidents:** 2014,2864 |

## Personal Information

| | | |
|---|---|---|
| **Sex:** Female | **Height:** 5' 3"  **Weight:** 110 | **Occupation:** STAY HOME MOM |
| **Race:** Caucasian | **Build:** Medium | **Employer/School:** N/A |
| **DOB:** ▆▆▆  **Age:** 46 | **Eye Color:** Blue | **Emp/School Address:** N/A |
| **Place of Birth:** BRIGHTON, MA (US) | **Hair Color:** Brown | **Social Security No:** ▆▆▆ |
| **Mother's Name:** EILEEN CURTIS | **Skin Tone:** Light | **Opr's. License # & St:** ▆▆▆  MA |
| **Father's Name:** THOMAS | **Ethnicity:** Not Hispanic | **Marital Status:** Married |
| **Legal Spouse:** WILLIAM KELLEY | **Prim. Phone:** (617) 323-3291 (h) | **Maiden Name:** N/A |
| **NOK Mother:** N/A | **NOK Father:** N/A | **NOK Spouse:** N/A |

### Scars / Marks / Tattoos

No Physical Characteristic Data Reported

## Booking Process

| | | | | |
|---|---|---|---|---|
| **Custody Code:** Held for Court Arraignment | **Custody Date:** 02/21/2014 | **Cell Number:** 6 | **Money:** N/A | **Was Phone Used:** No |

**Personal Property:** PERSONAL PROPERTY SILVER POCKETBOOK

**Property In:** _[signature]_

**Property Out:** _[signature]_

## Associated Officers

| | | |
|---|---|---|
| **Custody Officer:** McNamara, John | | **Searched By:** McNamara, John |
| **Booking Officer:** Moschella, Michael | | **Placed in Cell By:** N/A |

## Charge Information

| | | |
|---|---|---|
| **Statute:** 265/15A/A | **Law Description:** A&B with Dangerous Weapon | **Counts:** 1 |

## Bail Information

| | | |
|---|---|---|
| **Bail Set By:** N/A | **Bailed By:** N/A | **Bail Amount:** N/A |

## Associated Incidents

| Incident Number | Incident File Number | Incident Date | Dom. Violence? | Description |
|---|---|---|---|---|
| 2014000002864 | | 02/21/2014 20:30 | No | Domestic Dispute |

TOWN 000051

**Braintree Police Dept.**
**Custody Report**
Printed by:  mmoschella

**Master Name:**    CALABRESE-KELLEY, KAREN A    **Master Card No:**    2014000001026
(Continued)

**Alias Information**

| Alias Name(Last, First, MI) | SSN | Date of Birth | License Number | License State |
|---|---|---|---|---|

**Release Information**

| Detain Status | Release Date / Time | Releasing Officer |
|---|---|---|

TOWN 000052

# Braintree Police Dept.
## 282 Union St.
## Braintree, MA 02184
## (781) 794-8600
## Prisoner Rights Form
## BRA

Booking Number: 2014000000159
File Number:
Printed: 02/21/2014 21:35
Printed by: mmoschella



| | | | |
|---|---|---|---|
| **Booking Code:** | Arrest | **Custody Type:** | On view |
| **Cell Number:** | 6 | **Court:** | QUINCY DISTRICT C( |
| **Master Name:** | KAREN A CALABRESE-KELLEY | **DOB:** | |
| **Master Card No:** | 2014000001026 | **OBTN:** | TBRA14000159 |
| **Location of Arrest:** | 350 GROSSMAN DR, BRAINTREE MA, 02184 | | |
| **Residence Address:** | 43 BELLAIRE ROAD, WEST ROXBURY MA, 02132 | | |
| **Booking Date:** | 2/21/2014 | **File No:** | **Custody Date:** 2/21/2014 |

## Miranda Warning

Before asking you any questions, it is my duty to advise you of your rights:

- You have the right to remain silent.
- If you chose to speak, anything you say may be used against you in court.
- You have the right to consult with a lawyer before answering any questions, and you may have him or her with you during questioning.
- If you cannot afford a lawyer and want one, a lawyer will be provided, at no cost to you, by the Commonwealth.
- You may answer questions now and waive your right to counsel and your right to remain silent.
- If you decide to talk to me, you still have the right to stop at any time and for any reason
- Do you understand what I've told you?  Will you talk to me now?

Do you understand what I have told you?

Yes    No

X _____
Signature of Prisoner

Informed of Rights by Officer:

Lieutenant Michael Moschella

LT Michael R Moschella
Signature of Officer

## Prisoner Property

| Returned | Description | Value | Code | Notes |
|---|---|---|---|---|
| No | PERSONAL PROPERTY | $0.00 | Evidence | SILVER POCKETBOOK |
| | Acknowledgement of property items being held | | | #60  (ivy. |

X _____
Signature of Prisoner

## Braintree Police Dept.
### 282 Union St.
### Braintree, MA 02184
### (781) 794-8600
### Prisoner Rights Form
### BRA

Booking Number: 2014000000159
File Number:
Printed: 02/21/2014 21:35
Printed by:  mmoschella

| Master Name: | KAREN A CALABRESE-KELLEY | Master Card No: | 2014000001026 | Incident Number: | 2014000002864 |
|---|---|---|---|---|---|

(Continued)

## RIGHT TO TELEPHONE

General Laws Chapter 276, Section 33A:  The Police Official in charge of the Police station or other place of detention, having a telephone wherein a person is held in custody, shall permit the use of the telephone, at the expense of the arrested person, for the purpose of allowing the arrested person to communicate with his family or friends, or to arrange for release on bail, or to engage the services of an attorney.  Any such person shall be informed forthwith upon arrival at such station or place of detention of his rights to use the telephone and such use shall be permitted within one hour thereafter.

Prisoner's signature:

# Braintree Police Dept.
## Booking Arrestee Questions

Print Date: 2/21/2014

For Booking Number: 2014000000159

TOWN 000055

Name: CALABRESE-KELLEY, KAREN A   /   Booking No: 2014000000159 / Booking Code: Arrest   /   Booking Officer:  Moschella, Michael R Lieutenant

| Question ID | Question | Answer | Notes |
|---|---|---|---|
| 1 | Have you ever attempted suicide? | N | |
| 2 | Are you comtemplating suicide now? | N | |
| 3 | Are you wearing a belt? | N | |
| 4 | Do you have any communicable diseases such as aids or hepatitis? | N | |
| 5 | Are you drug or alcohol dependent? | N | |
| 6 | Do you have any cardiac disorders? | N | |
| 7 | Do you suffer from seizure disorder? | N | |
| 8 | Do you have any food allergies? | N | |
| 9 | Do you have a fever? | N | |
| 10 | Do you have diabetes? | N | |
| 11 | Do you have asthma? | N | |
| 12 | Do you have any mental health issues? | ANQUIETY | |
| 13 | Are you on any kind of medications? | ADDERRAL | |
| 14 | Do you have any other medical issues or concerns I should be aware of before I put you in a cell? | N | |

ABArrestQuestionSingle 02/15/09

# Braintree Police Dept.
282 Union St.
Braintree, MA 02184
(781) 794-8600
## Incident Report



Incident Number: 2014000002864
File No: N/A
Dispatch Incident Number: 2014000002863
Print Date: February 22, 2014
Printed By: dclark

## Incident Information

| Occurred On/From | Day of Week | Date | Time | Occurred To | Day of Week | Date | Time | Reported On | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fri | 02/21/2014 | 8:30:00PM | | Fri | 02/21/2014 | 8:30:00PM | → | 2/21/2014 | 8:30:35PM |

| Reported As | Incident Type - Primary | Arresting Officer |
|---|---|---|
| Domestic Dispute P:002864 | Domestic Dispute | Patrolman John McNamara |

| Incident Address | Reporting Officer |
|---|---|
| 350 GROSSMAN DR, BRAINTREE, MA 02184 | Patrolman David Clark (0118) |

| Sector | Stat. Area | Sub Stat. Area | Census Tract | Landmark |
|---|---|---|---|---|
| 814 | Area 4 | | | |

| Business Name | Incident Types - Other | Action Taken |
|---|---|---|
| KMART | | Arrest/PC |

## Related Incident Summary

| Incident No. | Date | Nature | Notes |
|---|---|---|---|
| No Related Incidents reported for Incident #: 2014000002864 | | | |

## Associated Persons Summary

| Type | Name(Last, First, MI) | Date of Birth | Sex | Home Phone # | Cell Phone # | Work Phone # |
|---|---|---|---|---|---|---|
| Arrested | CALABRESE-KELLEY, KAREN A | ■■■ | F | (617) 323-3291 | N/A | N/A |
| Address: | 43 BELLAIRE ROAD, WEST ROXBURY, MA 02132 | | | | | |
| Victim | KELLEY, WILLIAM J | ■■■ | M | (617) 680-7015 | N/A | N/A |
| Address: | ■■■■■■■■■■■■■■ | | F | (617) 323-3291 | N/A | N/A |
| Other J | | | | | | |
| Address: | 43 BELLAIRE RD, WEST ROXBURY, MA 02132 | | | | | |
| Other J | ■■■■■■■■■■■■■■ | | F | (617) 323-3291 | N/A | N/A |
| Address: | 43 BELLAIRE RD, WEST ROXBURY, MA 02132 | | | | | |

## Associated Businesses Summary

| Type | Name | Primary Phone # | Secondary Phone # |
|---|---|---|---|
| No Associated Businesses reported for Incident #: 2014000002864 | | | |

## Involved Officers

| Officer Title | Officer Name | Officer Type | Division |
|---|---|---|---|
| Patrolman | John P McNamara | Responding Officer | Patrol Division |
| Sergeant | Charles F Bata | Responding Officer | Patrol Division |
| Patrolman | David Clark | Reporting Officer | Patrol Division |
| Patrolman | David Clark | Responding Officer | Patrol Division |

## IBR/UCR Offenses

| Offense Number | IBR Type | Chapter | Section | Statute ID / IBR Type Description |
|---|---|---|---|---|
| No Incident Offenses Recorded for Incident #: 2014000002864 | | | | |

## Arrest Offenses

| Seq # | Chapter | Section | Name(Last, First, MI) | Description of Offense |
|---|---|---|---|---|
| 1 | 265 | 15A | CALABRESE-KELLEY, KAREN A | A&B with Dangerous Weapon |

## Complaint Charges

| Seq # | Chapter | Section | Name(Last, First, MI) | Description of Offense |
|---|---|---|---|---|
| No Complaint Offenses Recorded for Incident #: 2014000002864 | | | | |

TOWN 000056

**Braintree Police Dept.**
282 Union St.
Braintree, MA 02184
(781) 794-8600
# Incident Report



Incident Number: 2014000002864
File No: N/A
Dispatch Incident Number: 2014000002863
Print Date: February 22, 2014
Printed By: dclark

### Arrestee Seq. # 1

| Suspect Type | Suspect Name | Alias/Nickname | Occupation | Probation Central File | SSN |
|---|---|---|---|---|---|
| Named | ALABRESE-KELLEY, KAREN | N/A | STAY HOME MOM | 002386502 | N/A |

| Date of Birth | Age | Sex | Race | Ethnicity | Skin Tone | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|---|---|
| | 46 | Female | Caucasian | Not Hispanic | Light | 5' 3" | 110 | Blue | Brown |

Scars / Marks / Tattoos / Other Physical Characteristics:
No Physical Characteristic Data Reported

### Victims

| Victim Type | Victim Name | Sex | Race | Ethnic Origin | Hospital Destination | Transport Description |
|---|---|---|---|---|---|---|
| N/A | KELLEY, WILLIAM J | Male | Caucasian | Not Hispanic | N/A | N/A |

### Vehicle Info

| Reg Plate - State (Year) | Vehicle Year, Make, Model | VIN | Primary Color | Second Color | Insurance Co. |
|---|---|---|---|---|---|

No Vehicle Info Recorded for Incident #: 2014000002864

### Property

No Property Info reported for Incident #: 2014000002864

### Citations

| Citation No | Code | Date | Status | Statute | Description |
|---|---|---|---|---|---|

No Citations reported for Incident #: 2014000002864

### Permits

| Permit No | Type | Issue Date | Expire Date | Status | Issued To/Notes |
|---|---|---|---|---|---|

No Permits recorded for Incident #: 2014000002864

# Braintree Police Dept.
282 Union St.
Braintree, MA 02184
(781) 794-8600



**Incident Number: 2014000002864**
**File No: N/A**
**Dispatch Incident Number: 2014000002863**
**Print Date: February 22, 2014**
**Printed By: dclark**

# Incident Report

Narratives for Incident Number 2014000002864 ?  Yes

Other Narratives not authorized for print?  None

Narratives this user authorized to print:

Narrative by: Patrolman David Clark (0118)  Division: Patrol Division

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 02/21/2014 22:24 | INITIAL | Patrolman David Clark (0118) | Closed | Sergeant Charles Bata | 02/22/2014 |

On Friday February 21, 2014 I (Officer Clark) was working as an uniformed Braintree Police Officer assigned to the (815) cruiser. At approximately 20:30 hrs Officer McNamara, Sgt Bata and I were dispatched to the K-Mart parking lot located at 350 Grossman Drive for a domestic disturbance. We were informed by dispatch that one of the parties was an off-duty Police Officer.

Upon our arrival we were met by William Kelley and Karen Calabrese-Kelley. Karen was at her vehicle in the K-Mart parking lot and William was by his vehicle a few spaces down from her vehicle. Officer McNamara went to speak to Karen and Sgt Bata and I spoke to William.

William stated to us that he has been divorced from Karen for two years. He stated that he has custody of the kids starting at 6 PM on Friday. He stated he was supposed to pick them up in West Roxbury. Karen had called him and stated that she was running late and was in the South Shore area. They arranged to meet at the K-Mart parking lot to exchange the kids.

William stated that he parked a few rows away because Karen can be hostile towards him. He wanted to have the kids come to him. William stated that she texted him and told him to pull up closer so the kids wouldn't have to come across the parking lot. He stated that his daughter Rileigh had gotten in his car. He stated that Karen had gotten out and tried to give him a hockey bag and stick that belongs to his other daughter that he did not have this weekend. He would not take it. He said that Karen came over to his car with the bag and was trying to put it in. He stated that he got in front of her and blocked her from putting it in. He then stated that she grabbed the hockey stick and with two hands slashed the stick on the back of his legs. He then stated that he pushed her away. He then reported that she went back to her car and stated that she was calling the police. He then called 911. The hockey stick was observed by Sgt Bata and I in the back of William's vehicle. It was a wooden street hockey stick.

Sgt Bata and Officer McNamara spoke to Karen. She stated that William pushed her first when she tried to give him the hockey bag. She then stated that she swung the hockey stick at William she did not know if it she used one hand or two when she swung it. She had a cut on one of her knees. It did not appear that the ground caused it but her bumping the car door might have.

Sgt Bata determined that Karen would be arrested. William was allowed to take the two children and leave. Before he left he stated that he did not object to Karen being bailed. After they had left she was placed into custody and transported in by Officer McNamara. Her vehicle was secured and was left parked at K-Mart.

She was booked in the usual manner by Lt Moschella. She was charged with one count of ABDW (265-15). During booking she accused us of siding with her ex-husband because he was a police officer. Paramedics were called to look at her knee with the cut. She did not want to go to the hospital. Photos of her knee were taken by this Officer before she left the station. She was later released on bail. A 51A will be filed.

Respectfully submitted,

David J Clark # 118

_____
**Signature - Reporting Officer**

_____
**Signature - Reviewing Officer**

TOWN 000058

Date/Time Printed: 02-24-2014 11:09:05       Version 2.0 - 11/06

| CRIMINAL COMPLAINT<br>POLICE COPY | DOCKET NUMBER<br>1456CR001473 | NO. OF COUNTS<br>1 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|

| DEFENDANT NAME & ADDRESS<br>Karen Calabrese-Kelley<br>43 Bellaire Rd.<br>West Roxbury, MA 02132 | COURT NAME & ADDRESS<br>Quincy District Court<br>One Dennis Ryan Pkwy<br>Quincy, MA 02169<br>(617)471-1650 |
|---|---|

| DEFENDANT DOB | COMPLAINT ISSUED<br>02/24/2014 | DATE OF OFFENSE<br>02/21/2014 | ARREST DATE<br>02/21/2014 | |
|---|---|---|---|---|

| OFFENSE CITY / TOWN<br>Braintree | OFFENSE ADDRESS<br>350 Grossman Drive , Braintree, MA 02184 | NEXT EVENT DATE & TIME<br>02/24/2014 09:00 AM |
|---|---|---|

| POLICE DEPARTMENT<br>BRAINTREE PD | POLICE INCIDENT NUMBER<br>2014000002864 | NEXT SCHEDULED EVENT<br>Arraignment |
|---|---|---|

| OBTN<br>TBRA140000159 | | ROOM / SESSION<br>Arraignment Session |
|---|---|---|

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 265/15A/A | A&B WITH DANGEROUS WEAPON c265 §15A(b) |

On 02/21/2014 did, by means of a dangerous weapon, a HOCKEY STICK, assault and beat WILLIAM KELLEY, in violation of G.L. c.265, §15A(b).

PENALTY: state prison not more than 10 years; or house of correction not more than 2½ years; or not more than $5000 fine; or both such fine and imprisonment. District Court has final jurisdiction under G.L. c.218, §26.

| SIGNATURE OF COMPLAINANT<br>X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK<br>X | DATE |
|---|---|---|
| NAME OF COMPLAINANT | A TRUE COPY ATTEST | CLERK-MAGISTRATE/ ASST. CLERK<br>X | DATE |

**Notice to Defendant:** *42 U.S.C. § 3796gg-4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.*

TOWN 000059