**Braintree Police Dept.**
282 Union St.
Braintree, MA 02184
(781) 794-8600
**Incident Report**



Incident Number: 2014000002864
File No: N/A
Dispatch Incident Number: 2014000002863
Print Date: February 22, 2018
Printed By: kmacaleese

Narratives for Incident Number 2014000002864 ?   Yes
Other Narratives not authorized for print?   None
Narratives this user authorized to print:

Narrative by: Patrolman David Clark (0118)   Division: Patrol Division

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 02/21/2014 22:24 | INITIAL | Patrolman David Clark (0118) | Closed | Sergeant Charles Bata | 02/22/2014 |

On Friday February 21, 2014 I (Officer Clark) was working as an uniformed Braintree Police Officer assigned to the (815) cruiser. At approximately 20:30 hrs Officer McNamara, Sgt Bata and I were dispatched to the K-Mart parking lot located at 350 Grossman Drive for a domestic disturbance. We were informed by dispatch that one of the parties was an off-duty Police Officer.

Upon our arrival we were met by William Kelley and Karen Calabrese-Kelley. Karen was at her vehicle in the K-Mart parking lot and William was by his vehicle a few spaces down from her vehicle. Officer McNamara went to speak to Karen and Sgt Bata and I spoke to William.

William stated to us that he has been divorced from Karen for two years. He stated that he has custody of the kids starting at 6 PM on Friday. He stated he was supposed to pick them up in West Roxbury. Karen had called him and stated that she was running late and was in the South Shore area. They arranged to meet at the K-Mart parking lot to exchange the kids.

William stated that he parked a few rows away because Karen can be hostile towards him. He wanted to have the kids come to him. William stated that she texted him and told him to pull up closer so the kids wouldn't have to come across the parking lot. He stated that his daughter ████████ had gotten in his car. He stated that Karen had gotten out and tried to give him a hockey bag and stick that belongs to his other daughter that he did not have this weekend. He would not take it. He said that Karen came over to his car with the bag and was trying to put it in. He stated that he got in front of her and blocked her from putting it in. He then stated that she grabbed the hockey stick and with two hands slashed the stick on the back of his legs. He then stated that he pushed her away. He then reported that she went back to her car and stated that she was calling the police. He then called 911. The hockey stick was observed by Sgt Bata and I in the back of William's vehicle. It was a wooden street hockey stick.

Sgt Bata and Officer McNamara spoke to Karen. She stated that William pushed her first when she tried to give him the hockey bag. She then stated that she swung the hockey stick at William she did not know if it she used one hand or two when she swung it. She had a cut on one of her knees. It did not appear that the ground caused it but her bumping the car door might have.

Sgt Bata determined that Karen would be arrested. William was allowed to take the two children and leave. Before he left he stated that he did not object to Karen being bailed. After they had left she was placed into custody and transported in by Officer McNamara. Her vehicle was secured and was left parked at K-Mart.

She was booked in the usual manner by Lt Moschella. She was charged with one count of ABDW (265-15). During booking she accused us of siding with her ex-husband because he was a police officer. Paramedics were called to look at her knee with the cut. She did not want to go to the hospital. Photos of her knee were taken by this Officer before she left the station. She was later released on bail. A 51A will be filed.

Respectfully submitted,


David J Clark # 118

_____
Signature - Reporting Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Narrative by: Patrolman John Hurley (0172)   Division: Patrol Division

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|

BATES 000033

EXHIBIT 1
Bata
7/26/16 SEV

EXHIBIT 1
Clark
8·3·18 DCJ