UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN CALLABRESE-KELLEY,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF BRAINTREE,<br>BRAINTREE POLICE DEPARTMENT,<br>OFFICER JOHN P. McNAMARA,<br>SERGEANT CHARLES F. BATA,<br>OFFICER DAVID J. CLARK, and<br>BRAINTREE POLICE DISPATCHER<br>JANE DOE,<br>    Defendants. | C.A. 1:17-cv-10876-LTS |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

The undersigned respectfully submits this notice of withdrawal of appearance as counsel for the plaintiff - applicable to David C. Farrell, Herbert S. Cohen, and the Cohen Law Group - upon plaintiff's decision to retain successor counsel in this matter as reflected in Attorney Penka's January 18, 2019 Status Report at Docket No.: [38].

Undersigned counsel shall work dilligently with plaintiff's successor counsel, if successor counsel is in fact retained by the plaintiff in this matter, to promptly bring plaintiff's successor counsel up to speed.

Undersigned counsel shall also comply with any additional future Court orders deemed necessary to facillitate the above-described transition.

WHEREFORE, the undersigned respectfully requests that the Court accept this notice of withdrawal of appearance as counsel for the plaintiff, permit the undesigned to so-withdraw, and issue such further orders as the interests of justice require.

1

Respectfully submitted,
THE COHEN LAW GROUP
500 Commercial Street, Suite 4R
Boston, MA 02109
Tel: (617) 523-4552
Fax: (617) 723-9211

*/s/ David C. Farrell*
David C. Farrell; BBO# 693022
E-mail: dave@cohenlawgroupboston.com

CERTIFICATE OF SERVICE

I, David C. Farrell, counsel for the plaintiff, hereby certify that I served a copy of the foregoing document upon all counsel of record via the CM/ECF system this 18th day of January, 2018.

*/s/ David C. Farrell*