UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 17-cv-10876-LTS**

KAREN CALABRESE-KELLEY,
   Plaintiff

v.

TOWN OF BRAINTREE, BRAINTREE POLICE DEPARTMENT, OFFICER JOHN P. McNAMARA, SERGEANT CHARLES F. BATA, OFFICER DAVID J. CLARK and BRAINTREE POLICE DISPATCHER, JANE DOE,
   Defendants

## Status Report

Now comes the above captioned plaintiff and through the undersigned hereby submits the within status report as directed by this Court.

1. Plaintiff has made the following attempts to find successor counsel since the hearing on January 9, 2019 and today:

   a. Spoke with Attorney Howard Friedman, who does not accept matters this far along;

   b. Contacted eight law firms. Received referrals from 3 of those firms. One of the firms offered to accept the matter with the tender of a large retainer.

   c. Plaintiff contacted seven solo practitioners and has yet to hear back.

   d. Contacted the ACLU but was told the intake process takes a long time.

   e. Contacted Attorney Len Milligan from a referral on January 29, 2019.

   f. Contacted former criminal attorney from the underlying case.

2. Plaintiff plans to continue contacting attorneys and asking for referrals. Plaintiff is also reaching out to Dove Inc. and the Women's Bar Foundation. Unfortunately, most attorneys do not wish

to accept the matter at this stage of the litigation or are asking for funds the type of which plaintiff can not afford.

3. The undersigned attorney has contacted attorneys on behalf of the plaintiff but alas none of the attorneys have been interested.

                      RESPECTFULLY SUBMITTED,
                      Plaintiff,
                      By Her attorney,

                      */s/ Jeb S. Penka*
                      Jeb S. Penka, BBO #686069
                      **Cornell & Gollub**
                      88 Broad Street, 6th Floor
                      Boston, MA 02110
                      jpenka@cornellgollub.com
                      (617) 912-6554

Date: January 29, 2019

### CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: January 29, 2019                  */s/ Jeb S. Penka*
                                            Jeb S. Penka, Esq.